# United States Court of Appeals
## For the First Circuit

---

Nos. 11-2295, 11-2359

UNITED STATES,

Appellee,

v.

MICHAEL POWERS; JOHN MAHAN,

Defendants, Appellants.

---

**ERRATA SHEET**

The opinion of this Court issued on December 14, 2012, is amended as follows:

On page 10, line 1, "February of 2000" is amended to read "February of 2001".

On page 10, line 8, the date is amended to read "February 21, 2001."